**FILED**

11/16/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0028

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 21-0028

_____

STATE OF MONTANA,

      Plaintiff and Appellee,

v.                                   O R D E R

TIMOTHY JOHN STRYKER,

      Defendant and Appellant.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to the Court sitting en banc.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Nickolas C. Murnion, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 16 2022